Arthur Rockow, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Sarah Foist, as Administratrix, etc., Appellant, v. Rochester, Syracuse and Eastern Railroad Company, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that under the rule of *Sackheim* v. *Pigueron* (215 N. Y. 62) a case was made for the jury. All concurred.

Francelia Hobart, as Administratrix, etc., Respondent, v. The Town of Tully, Appellant.— Judgment and order affirmed, with costs. All concurred.

Allan B. Stewart, Respondent, v. Fannie A. Gillett and Another, as Administrators, etc., of Dwight D. Gillett, Deceased, and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Matthew O'Brien, Appellant, v. Samuel Kowal, Respondent.— Motion for reargument denied, without costs.

Andrew Mastin, an Infant, etc., Respondent, v. The Beaver Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Bartholomay Brewery Company, Respondent, v. Dennis O'Brien and Thomas E. Carroll, Defendants. Hugh J. O'Brien, Appellant.— Motion to dismiss appeal held to be heard upon the argument of the appeal.

Girardo Vinciguerra, Appellant, v. Lake Shore and Michigan Southern Railway Company and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

Frederick G. Helmer, as Administrator, etc., Respondent, v. Rochester Stamping Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

William S. Gottshall, Appellant, v. Pennsylvania Railroad Company, Respondent.— Motion granted, precluding respondent from being heard upon the argument for its failure to file and serve briefs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, for the Appointment of Commissioners, etc., in re Change of Grade of Sycamore Street and Walden Avenue, and Claimed to Be Owned by Barber Asphalt Paving Company and Others. (Proceeding No. 97.) In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, for the Appointment of Commissioners, etc., in re Change of Grade of Urban and Gougeron Streets, in re Lands Claimed to Be Owned by Urban Milling Company and Others. (Proceeding No. 101.)— Motion in each case denied. Held, that the costs referred to in the orders are clearly those awarded by the Court of Appeals upon the appeals taken to that court.

Louis Maira and Others, Respondents, v. Esther Friedman, Appellant. Charles W. Hartung and Others, Respondents.— Order of affirmance heretofore entered amended so as to allow a separate bill of costs of the appeal